UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR 1:22-0107 |
| | ) |
| DANYELLE ALLISON LOGAN | ) |
| | ) |

**ORDER**

Upon the parties' Joint Motion for Continuance of Trial, filed on March 31, 2023, and finding just cause to support the same, the Court hereby **GRANTS** said motion, and enumerates the following reasons for the same, as required by 18 U.S.C. §§ 3161(h)(7)(A):

In support of the parties' motion for continuance, the parties submit that they have been engaged and are engaged in active plea negotiations and that a non-trial disposition is very likely. The Court finds that the joint request filed by the parties has not been made for the purpose of undue delay, but in the interest of justice. Further, the parties submit that if for some reason a non-trial disposition cannot be reached, both parties will require additional time to adequately prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, after consideration of the factors set forth in 18 U.S.C. §§ 3161(h)(7)(A) and (B), and finding just cause to support the same, the Court hereby **GRANTS** the continuance, and excludes from the time calculation under the Speedy Trial Act the time between the filing of the motion and May 1, 2023. In reaching this conclusion, the Court finds that the ends of justice served by granting

such a continuance outweigh the interest of the public and the defendant in a speedy trial.

    **SO ORDERED** this ___ day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA