IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      *
                              *
        v.                    *        CR 122-107
                              *
DANYELLE ALLISON LOGAN        *

ORDER

Defendant Danyelle Allison Logan is currently serving a three-year term of supervised release following her imprisonment term on a wire fraud conviction. While Defendant has been compliant with the terms of her supervised release,[1] both the United States Attorney's Office and the United States Probation Office oppose early termination because she has not served even one year of her supervisory term. The Court therefore **DENIES** Defendant Logan's motion for early termination.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of February, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

_____

[1] The Government notes that Defendant is $200 in arrears in her restitution payments.